UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DONNA DENISE CLARKSON,<br><br>    Defendant. | Case No. 21-CR-041-RAW |

ENTRY OF APPEARANCE

COMES NOW Thomas M. Wright and enters his appearance as attorney of record in this matter for Defendant, Donna Denise Clarkson.

Dated this 14th day of April, 2021.

Respectfully Submitted,

WRIGHT, STOUT & WILBURN, PLLC

/ s / Thomas M. Wright
Thomas M. Wright, OBA #20378
300 West Broadway
P.O. Box 707
Muskogee, Oklahoma 74402
(918) 682-0091
(918) 683-6340 [Facsimile]
tom@wswlaw.com

CERTIFICATE OF SERVICE

I Thomas M. Wright, hereby certify that on this 14th day of April, 2021, I submitted this document to the Clerk of Court for filing and service on all involved parties via the EM/ECF system.

/s/ Thomas M. Wright