IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DONNA DENISE CLARKSON,<br><br>*Defendant*. | Case No. 21-CR-041-RAW |

### MOTION FOR ADDITIONAL ONE LEVEL REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY

**COMES NOW** the plaintiff, the United States of America, by and through Christopher J. Wilson, Acting United States Attorney, and Clay A. Compton, Assistant United States Attorney, and moves this Honorable Court to grant an additional one level reduction in the advisory guideline sentence range for timely acceptance of responsibility thereby permitting the government to avoid preparing for trial and allowing the Court to allocate its resources efficiently pursuant to U.S.S.G. § 3E1.1(b).

Respectfully submitted,

CHRISTOPHER J. WILSON
Acting United States Attorney

s/   Clay A. Compton
Clay A. Compton, OBA# 19781
Assistant United States Attorney
Attorney for the Plaintiff
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5100
Fax (918) 684-5150
Clay.Compton@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Thomas Wright, Attorney for Defendant

                                               s/    Clay A. Compton
                                                    Clay A. Compton
                                                    Office of United States Attorney